# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

FLORIS BARTLETT,                        )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )        Case No. 02CV227649
                                        )
THOMAS LOFTUS, *et al*.,                )        Division 4
                                        )
                    Defendants.         )

## NOTICE OF FILING NOTICE OF REMOVAL

TO WHOM IT MAY CONCERN:

Please take notice that, on January 23, 2003, defendants removed the above-captioned action from the Circuit Court of Jackson County, Missouri, to the United States District Court for the Western District of Missouri, Western Division, sitting at Kansas City, Missouri, by filing a Notice of Removal. A copy of the Notice of Removal is attached.

Respectfully submitted,

Todd P. Graves
United States Attorney

By      /s/

Jane Pansing Brown, MO #30658
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3130
Facsimile:  (816) 426-3165
ATTORNEY FOR DEFENDANTS

## <u>CERTIFICATE OF SERVICE</u>

_____I certify that a copy of the foregoing Notice, along with a copy of the Notice of Removal

and the Exhibits filed with it, were served, via first class mail, on this 23rd day of January, 2003,

on the following:

         Phillip A. Burdick
         BURDICK LAW OFFICES
         706 Felix Street
         St. Joseph, Missouri  64501

         Ronald P. Pope
         RALSTON, POPE & DIEHL, LLC
         2913 SW Maupin Lane
         Topeka, Kansas  66614

         ATTORNEYS FOR PLAINTIFF


         /s/_____
_____  Jane Pansing Brown
         Assistant United States Attorney

2