IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FLORIS BARTLETT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THOMAS LOFTUS, M.D., ) <br> JEFFREY L. CHENOWETH, M.D., ) <br> KEVIN NAGAMANI, M.D., ) <br> FABIO J. RODRIGUEZ, M.D., ) <br> JENNIFER TURNER, M.D., ) <br> JIMMIE D. COY, M.D., ) <br> FRANK VICTOR, M.D., ) <br> MANU EHATTATIRY, M.D., ) <br> THOMAS ATTEBERRY, M.D., ) <br> STEPHEN WHITE, M.D., ) <br> BENNETT GREENSPAN, M.D., ) <br> ) <br> Defendants. ) | Case No. 03-0063-CV-W-GAF |

## CERTIFICATION

Pursuant to 28 U.S.C. § 2679(d), and by virtue of the authority vested in me by the Assistant Attorney General under the appendix to 28 C.F.R. § 15.3, I hereby certify that:

1. I have read the Petition in the above-captioned action.

2. On the basis of the information now available with respect to the material allegations contained in the Petition, the individually named defendants Thomas Loftus, M.D., Jeffrey L. Chenoweth, M.D., Kevin Nagamani, M.D., Fabio J. Rodriguez, M.D., Jennifer Turner, M.D., Jimmie D. Coy, M.D., Frank Victor, M.D., Manu Ehattatiry, M.D., Thomas Atteberry, M.D., Stephen White, M.D. and Bennett Greenspan, M.D. were acting within the scope of his or her duty as an employee of the United States Department of Veterans Affairs at all times material to those allegations.

**EXHIBIT A**

Dated this 23rd day of January, 2003.

/s/ Thomas M. Larson
Thomas M. Larson
Acting United States Attorney for the
Western District of Missouri
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

2